IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 2 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00498-BNB

ANTONIO DELMONICO,

    Plaintiff,

v.

JEFF CAPITO, Pueblo Police Officer, In his Individual and Professional Capacity,
NATHAN PRUCE, Pueblo Police Officer, In his Individual and Professional Capacity,
CITY OF PUEBLO, COLORADO, and
JAMES BILLINGS JR., Chief of Pueblo Police Dept., In his Individual and Professional
    Capacity,

    Defendants.

## ORDER ASSIGNING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being assigned to Judge Lewis T. Babcock, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Boyd N. Boland. Accordingly, it is

ORDERED that this case shall be assigned to Judge Lewis T. Babcock, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Boyd N. Boland.

DATED April 2, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00498-BNB

Antonio Del Monico
6 Clemson Drive
Pueblo, CO 81005

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/2/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk