FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 8 - 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00498-LTB-BNB

ANTONIO DELMONICO,

    Plaintiff,

v.

JEFF CAPITO (Pueblo Police Officer), in his individual and professional capacities,
NATHAN PRUCE (Pueblo Police Officer), in his individual and professional capacities,
CITY OF PUEBLO, COLORADO, and
JAMES BILLINGS, JR., (Chief of Pueblo Police Dept.) in his individual and professional capacities,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the

Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: April 8, 2008

BY THE COURT:

s/ Boyd N. Boland
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00498-LTB-BNB

Antonio DelMonico
6 Clemson Dr.
Pueblo, CO 81005

US Marshal Service
Service Clerk
Service forms for: Jeff Capito, Nathan Pruce, City of Pueblo, and James Billings, Jr

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Jeff Capito, Nathan Pruce, City of Pueblo, and James Billings, Jr: COMPLAINT FILED 03/11/08, SUMMONS, NOTICE OF WAIVER, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM
on 4-8-08 .

GREGORY C. LANGHAM, CLERK

By _____
          Deputy Clerk