IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00498-LTB-BNB

ANTONIO DELMONICO,

Plaintiff,

v.

JEFF CAPITO (Pueblo Police Officer), in his individual and professional capacities,
NATHAN PRUCE (Pueblo Police Officer), in his individual and professional capacities,
CITY OF PUEBLO, COLORADO, and
JAMES BILLINGS, JR. (Chief of Pueblo Police Dept.), in his individual and professional capacities,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The conflicting proposed scheduling orders were rejected for the reasons stated on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that a supplemental scheduling conference is set for **July 16, 2008, at 10:00 a.m.** The parties shall confer and submit on or before **July 9, 2008**, a revised proposed scheduling order, modified as discussed on the record this morning.

IT IS FURTHER ORDERED that a settlement conference is set for **July 16, 2008, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. With respect to the

defendants, this shall include at least an insurance representative and the chief of police. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit an updated confidential settlement statement to the magistrate judge on or before **July 9, 2008**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated June 9, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge