IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00498-LTB-BNB

ANTONIO DELMONICO,

Plaintiff,

v.

JEFF CAPITO (Pueblo Police Officer), in his individual and professional capacities,
NATHAN PRUCE (Pueblo Police Officer), in his individual and professional capacities,
CITY OF PUEBLO, COLORADO, and
JAMES BILLINGS, JR. (Chief of Pueblo Police Dept.), in his individual and professional capacities,

Defendants.

## ORDER

Attached to this order is a copy of an e-mail (the "e-mail") sent directly to my chambers by the plaintiff on June 13, 2008. The e-mail is improper in a number of ways.

First, the e-mail is an improper ex parte communication. Ex parte communications are prohibited by local rule of practice 77.2, D.C.COLO.LCivR, which provides:

> In the absence of previous authorization, no attorney or party to
> any proceeding shall send letters, pleadings or other papers or
> copies directly to a judicial officer. Unless otherwise instructed, all
> matters to be called to a judicial officer's attention shall be
> submitted through the clerk, with copies served on all other parties
> or their attorneys.

Second, there is no evidence that copies of the e-mail were served on opposing counsel as required by Rules 5 (a) and (d), Fed. R. Civ. P.

Third, the e-mail does not comply with the formatting requirements of Rule 7(b), Fed. R. Civ. P., and local rule 10.1, D.C.COLO.LCivR.

IT IS ORDERED that the e-mail is STRICKEN.

IT IS FURTHER ORDERED that the plaintiff shall cease sending communications directly to my chambers unless otherwise instructed by me.

IT IS FURTHER ORDERED that in the future all applications to the court must be submitted in the form of a motion and in compliance with the federal rules of procedure, local rules, and this order.

IT IS FURTHER ORDERED that failure to comply with this order may result in the imposition of sanctions, including dismissal of the case.

Dated June 17, 2008.

BY THE COURT:

*[signature]*
United States Magistrate Judge



Antonio DelMonico
<mrdelmonico@yahoo.com>
06/13/2008 03:11 PM

To Boland_Chambers@cod.uscourts.gov
cc
bcc
Subject DelMonico's objections to vacating the settlement conference.....

Mr. Boland,

    If you look at Exhibit 10 that was attached to my complaint regarding Civil Action 08-cv-00498-LTB-BNB it is a signed letter from CIRSA insurance agent Nile Knez it it states that Ms. Ricker stated in writing that I entered her residence through a side window. If you look at Exhibit 5 attached to my complaint Ms. Ricker specfically stated I did not enter her residence through the side window. I believe that the defendants on this case dont want you to meet with the their CIRSA insurance agent, because the defendants were not truthful to what Ms. Ricker certified under oath. Cirsa may settle this case if they knew the truth to what Ms. Ricker put in writing.
I respectfully ask you to not grant the Defendants' Motion to vacate this settlement conference.

Sincerely yours,

Antonio DelMonico