IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00498-LTB-BNB

ANTONIO DELMONICO,

Plaintiff,

v.

JEFF CAPITO (Pueblo Police Officer), in his individual and professional capacities,
NATHAN PRUCE (Pueblo Police Officer), in his individual and professional capacities,
CITY OF PUEBLO, COLORADO, and
JAMES BILLINGS, JR. (Chief of Pueblo Police Dept.), in his individual and professional capacities,

Defendants.

_____

**ORDER**
_____

This matter is before me on the following:

(1) **Motion to Vacate July 16, 2008, Settlement Conference** [Doc. # 25, filed 6/12/2008] by the defendants (the "Defendants' Motion"); and

(2) **Motion to Order a Settlement Conference** [Doc. # 29, filed 6/19/2008] by the plaintiff (the "Plaintiff's Motion").

After careful review of the motions and the entire case file, I have concluded that a settlement conference at this time would be futile and waste resources.

IT IS ORDERED that the Defendants' Motion is GRANTED, and the settlement conference set for July 16, 2008, at is VACATED. The scheduling conference set for the same date and time shall occur as scheduled, however.

IT IS FURTHER ORDERED that the Plaintiff's Motion is DENIED.

Dated June 27, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge