IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00498-LTB-BNB

ANTONIO DELMONICO,

Plaintiff,

v.

JEFF CAPITO (Pueblo Police Officer), in his individual and professional capacities,
NATHAN PRUCE (Pueblo Police Officer), in his individual and professional capacities,
CITY OF PUEBLO, COLORADO, and
JAMES BILLINGS, JR. (Chief of Pueblo Police Dept.), in his individual and professional capacities,

Defendants.

_____

**ORDER**
_____

This matter is before me on the following papers filed by the defendants:

(1)  **Response to Plaintiff's Motion for Summary Judgment and Cross Motion for Summary Judgment** [Doc. # 21, filed 6/4/08] (the "Defendants' Response"); and

(2)  **Motion for Leave to File Combined Reply in Support of Cross Motion for Summary Judgment and Surreply to Plaintiff's Reply to Response to Plaintiff's Motion for Summary Judgment** [Doc. # 36, filed 7/7/08] (the "Motion for Leave").

The Defendants' Response is both a response to the plaintiff's motion for summary judgment and a motion for summary judgment. "A motion shall not be included in a response or reply to the original motion. A motion shall be made in a separate paper." D.C.COLO.LCivR 7.1C. Accordingly,

IT IS ORDERED that the Defendants' Response is STRICKEN.

IT IS FURTHER ORDERED that on or before **July 28, 2008**, the defendants shall file a response to the plaintiff's summary judgment motion in accordance with Local Rule 7.1C.

IT IS FURTHER ORDERED that the Motion for Leave is DENIED AS MOOT.

Dated July 14, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge