IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action No. 08-cv-00498-LTB-BNB | Date: July 16, 2008 |
|---|---|
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

ANTONIO DELMONICO,

Plaintiff,

v.

| | |
|---|---|
| JEFF CAPITO | Franklin Lauer |
| (Pueblo Police Officer), | |
| in his individual and professional capacities, | |
| NATHAN PRUCE | Franklin Lauer |
| (Pueblo Police Officer), | |
| in his individual and professional capacities, | |
| CITY OF PUEBLO, COLORADO, and | Richard Anguiano |
| JAMES BILLINGS, JR. | Richard Anguiano |
| (Chief of Pueblo Police Dept.), | |
| in his individual and professional capacities, | |

Defendants.

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:    10:10 a.m.

Appearances of counsel. Pro se plaintiff did not appear.

Court's opening remarks.

Deadline for joinder of parties and amendment of pleadings is: **July 15, 2008**

Discovery cut-off is: **December 12, 2008**

The dispositive motion deadline is: **January 12, 2009**

-1-

The parties shall designate all experts no later than: **October 1, 2008**

The parties shall designate all rebuttal experts no later than: **November 3, 2008**

Interrogatories and request for production of documents shall be served such that responses are due by the discovery cut off.

Settlement Conference will be held at the request of the parties.

Pretrial Conference shall be held **March 16, 2009 at 10:00 a.m.** A proposed Pretrial Order shall be submitted on or before **March 7, 2009**.

**ORDERED: Defendants motion to strike plaintiff's proposed scheduling order filed July 10, 2008; Doc. 40 is Denied as moot as stated on the record.**

The parties are directed to Judge Babcock's chamber for a trial date.

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Court in Recess: 10:26 a.m. Hearing concluded. Total time in court: 00:16

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.