IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00498-LTB-BNB

ANTONIO DELMONICO,

Plaintiff,

v.

JEFF CAPITO (Pueblo Police Officer), in his individual and professional capacities,
NATHAN PRUCE (Pueblo Police Officer), in his individual and professional capacities,
CITY OF PUEBLO, COLORADO, and
JAMES BILLINGS, JR. (Chief of Pueblo Police Dept.), in his individual and professional capacities,

Defendants.

_____

**ORDER**
_____

This matter is before me on the defendants' **Motion to Strike Plaintiff's Proposed Scheduling Order** [Doc. # 40, filed 7/10/2008] (the "Motion to Strike"). Earlier today I held a supplemental scheduling conference and entered a scheduling order. Consequently,

IT IS ORDERED that the Motion to Strike is DENIED AS MOOT.

Dated July 16, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge