IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00498-LTB-BNB

ANTONIO DELMONICO,

Plaintiff,

v.

JEFF CAPITO (Pueblo Police Officer), in his individual and professional capacities,
NATHAN PRUCE (Pueblo Police Officer), in his individual and professional capacities,
CITY OF PUEBLO, COLORADO, and
JAMES BILLINGS, JR. (Chief of Pueblo Police Dept.), in his individual and professional capacities,

Defendants.
_____

**ORDER**
_____

This matter arises in connection with my order to show cause [Doc. # 49, filed 7/16/2008] and Plaintiff's Response to Court's Order Dated July 16, 2008 [Doc. # 58, filed 8/5/2008] (the "Response"). The Response not only addresses the reason the plaintiff failed to appear at the supplemental scheduling conference, but also seeks the following affirmative relief:

> I respectfully ask this Court to grant me longer periods of time to respond to this Court's Orders and Defendants' Motions. The defendants are able to afford to retain three attorneys in regards to this civil action and I am not able to. I recently received the Defendant' Motion for summary judgment, which is about seventy pages in length. With short time periods, I am unable to adequately respond to all this Court's Orders and Defendant's Motions. I Respectfully ask this Court to accept this response to the current Court Order and allow me the plaintiff more time in responding to this Court's Orders and the Defendant's Motions.

Response at pp.1-2.

I find that good cause exists to excuse the plaintiff's failure to appear at the supplemental scheduling conference, and I will discharge my order to show cause. The request for affirmative relief contained in the Response is denied, however, due to the plaintiff's violation of D.C.COLO.LCivR 7.1C, which provides that "[a] motion shall not be included in a response or reply to the original motion. A motion shall be made in a separate paper."

IT IS ORDERED that the order to show cause [Doc. # 49] is DISCHARGED.

IT IS FURTHER ORDERED that the affirmative relief sought by means of the Response is DENIED.

Dated August 22, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge