IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| **Civil Action No.** 08-cv-00498-LTB-BNB | FTR BNB COURTROOM A-401 |
| **Date:** December 29, 2008 | Geneva D. Mattei, Deputy Clerk |

| | |
|---|---|
| ANTONIO DELMONICO, | Pro se |
| Plaintiff, | |
| v. | |
| JEFF CAPITO, | Franklin Lauer |
| (Pueblo Police Officer), | Richard Anguiano |
| in his individual and professional capacities, | |
| NATHAN PRUCE, | |
| (Pueblo Police Officer), | |
| In his individual and professional capacities, | |
| CITY OF PUEBLO, COLORADO, and | |
| JAMES BILLINGS, JR. | |
| (Chief of Pueblo Police Dept.), | |
| in his individual and professional capacities, | |
| Defendants. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session:      00:11:04 a.m.

Court calls case.

Appearances of Counsel

Discussion regarding the status of the case.

**ORDERED: Plaintiff's motion to extend discovery deadlines filed 12/4/08; Doc. 64 is denied as stated on the record.**

**ORDERED: Plaintiff's motion for a trial by judge filed 12/4/08; Doc. 65 is denied as stated on the record.**

Court in Recess:   11:24 a.m.   Hearing concluded.   Total time in court:   00:20

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.