IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00498-LTB-BNB

ANTONIO DELMONICO,

Plaintiff,

v.

JEFF CAPITO (Pueblo Police Officer), in his individual and professional capacities,
NATHAN PRUCE (Pueblo Police Officer), in his individual and professional capacities,
CITY OF PUEBLO, COLORADO, and
JAMES BILLINGS, JR. (Chief of Pueblo Police Dept.), in his individual and professional
capacities,

Defendants.

_____

**ORDER**
_____

This matter arises in connection with the following:

(1)     My Order [Doc. # 70] of December 17, 2008, concerning certain medical records

submitted directly to me;

(2)     Plaintiff's **Motion for a Trial By Judge** [Doc. # 65, filed 12/4/2008];

(3)     Plaintiff's **Motion to Extend the Discovery Deadlines** [Doc. # 64, filed

12/4/2008] (the "Motion to Extend"); and

(4)     A Letter [Doc. # 71, filed 12/19/2008] (the "Letter") from Antonio DelMonico to

Franklin Lauer and Gordon Vaughn concerning discovery matters.

I held a hearing this morning and made rulings concerning all of these matters.  In

summary and for the reasons stated on the record today:

IT IS ORDERED that the medical records identified in my Order of December 17, 2008,

were returned to the plaintiff pursuant to D.C.COLO.LCivR 77.2.

IT IS FURTHER ORDERED that Motion for Trial By Judge is DENIED.

IT IS FURTHER ORDERED that the Motion to Extend is DENIED.

IT IS FURTHER ORDERED that the Letter is STRICKEN pursuant to Fed. R. Civ. P.

5(d).

Dated December 29, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge