IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 08-cv-00498-LTB-BNB | Date: March 16, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A 401 |

ANTONIO DELMONICO,

Plaintiff,

v.

JEFF CAPITO,                                                  Gordon Vaughan
(Pueblo Police Officer),
in his individual and professional capacities,
NATHAN PRUCE,
(Pueblo Police Officer),
In his individual and professional capacities,
CITY OF PUEBLO, COLORADO, and
JAMES BILLINGS, JR.
(Chief of Pueblo Police Dept.),
 in his individual and professional capacities,

                Defendant(s).

## COURTROOM MINUTES

**PRETRIAL CONFERENCE**

Court in Session:     10:12 a.m.

Appearance of counsel. Plaintiff failed to appear.

Court's initial comments.

**ORDERED:**   **Plaintiff's motion to vacate pretrial conference filed March 9, 2009 Doc. [92] is denied as stated on the record.**

**ORDERED:**   **Plaintiff's motion to compel Robert Keller to Answer the plaintiff's interrogatories filed March 9, 2009 Doc. [93] is denied as stated on the record.**

**ORDERED: Plaintiff's motion to serve Robert Keller another ten interrogatories filed March 13, 2009 Doc.[97] is denied as stated on the record.**

Court in Recess: 10:25 a.m. Hearing concluded. Total time in court: 00:13

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.