**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   08-cv-00498-LTB-BNB

ANTONIO DELMONICO,

       Plaintiff,

v.

JEFF CAPITO (Pueblo Police Officer), in his individual and professional capacities,
NATHAN PRUCE (Pueblo Police Officer), in his individual and professional capacities,
CITY OF PUEBLO, COLORADO, and
JAMES BILLINGS, JR. (Chief of Pueblo Police Dept) in his individual and professional capacities,

       Defendants.

---

## ORDER
---

    THE COURT, having reviewed Defendants' Motion for Leave to Proceed With Taxation of the Bill of Costs ("Motion"), having reviewed the file, and being fully advised,

    DOES HEREBY ORDER that said Motion is granted. Defendants are granted leave to proceed with the taxation of their bill of costs.

    Dated this   14th   day of   May   2009.

                                       BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge